# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH RAMIREZ, | Case No. CV 15-1337 JC |
| Petitioner, | |
| v. | JUDGMENT |
| D.K. JOHNSON, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 22, 2015

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1